# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| JESUS ZAVALA HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-14 |
| | § | |
| DAVID RAMIREZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On September 13, 2018, U.S. Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Plaintiff's case be dismissed with prejudice for failure to prosecute under FED. R. CIV. P. 41(b). (Dkt. No. 49). Neither Party has filed objections to the Report and Recommendation.

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation as the findings of the Court. Accordingly, this civil action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** November 28, 2018.

Marina Garcia Marmolejo
United States District Judge